**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan RODRIGUEZ–PONCE,**
**Defendant–Appellant.**

**No. 15–2401.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 16, 2015.

Filed: Nov. 18, 2015.

Molly M. Hastings, Hastings O'Connor LLP, Kansas City, MO, for appellant.

Bruce A. Rhoades, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Juan Rodriguez–Ponce directly appeals after he pleaded guilty to federal drug-conspiracy and cash-smuggling charges, and the district court[1] sentenced him with-

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

in the calculated Guidelines range. His counsel has moved to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), raising challenges to the reasonableness of the sentence that was imposed.

After careful de novo review, *see United States v. Scott,* 627 F.3d 702, 704 (8th Cir.2010), we will enforce the appeal waiver that is included in Rodriguez–Ponce's written plea agreement, because the claims raised in this appeal fall within the scope of the waiver, Rodriguez–Ponce's testimony at the plea hearing shows that he entered into the plea agreement and the appeal waiver knowingly and voluntarily, and dismissing the appeal based on the waiver will not result in a miscarriage of justice, *see United States v. Andis,* 333 F.3d 886, 889–90 (8th Cir.2003) (en banc). Further, having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues that fall outside the scope of the appeal waiver.

This appeal is dismissed, and we grant counsel's motion to withdraw.